[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 210.]

STEINBACH ET AL., APPELLANTS, *v*. STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, APPELLEE.

[Cite as *Steinbach v. State Farm Mut. Auto. Ins. Co.*, 2001-Ohio-169.]

*Insurance—Motor vehicles—Mandatory offering of uninsured and underinsured
motorist coverage—Amount available for payment for purpose of setoff—
Court of appeals' judgment affirmed on authority of Littrell v.
Wigglesworth and Clark v. Scarpelli.*

(No. 00-1224—Submitted May 16, 2001—Decided July 5, 2001.)

APPEAL from the Court of Appeals for Licking County, No. 99CA00064.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of
*Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v.
Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., concur in judgment.

————————————

**COOK, J., concurring in judgment.**

{¶ 2} I concur in judgment based on the reasoning set forth in my dissenting
opinion in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077,
and in my opinion concurring in part and dissenting in part in *Clark v. Scarpelli*
(2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in the foregoing
opinion.

————————————

*Swedlow, Butler, Levine, Lewis & Dye Co., L.P.A., Jeffrey M. Lewis* and
*Brett Lieberman*, for appellants.

*Gallagher, Gams, Pryor, Tallan & Littrell, L.L.P.*, and *James R. Gallagher*, for appellee.

_____